NO.  07-10-0114-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 12, 2010

_____

WILLIE GENE MILES,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY;

NO. C-1-CR-09-211566; HON. CARLOS BARRERA, PRESIDING

_____

***Dismissal***

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Willie Gene Miles, appeals his conviction for driving while intoxicated. After abating the cause, this court received a supplemental clerk's record wherein a motion to dismiss the appeal signed by both appellant and counsel had been filed in Travis County on October 1, 2010.  Therefore, the conditions precedent to the voluntary dismissal of an appeal, *see* TEX. R. APP. P. 42.2(a), have been satisfied.

Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. And, having dismissed same on appellant's own motion, no rehearing will be entertained, and the mandate shall issue forthwith.

Per Curiam

Do not publish.